# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

## NO. 03-16-00259-CV

**James Boone, Appellant**

**v.**

**David Gutierrez, Chairman,**
**Texas Board of Pardons and Paroles, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on April 4, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.